1

2

3

4

5

6

7

8

9

10

11

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | | |
|---|---|---|
| **ROSA HERNANDEZ,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Case No. CV 15-7173 AJW** |
| | ) | |
| **v.** | ) | |
| | ) | **J U D G M E N T** |
| **NANCY A. BERRYHILL,** | ) | |
| **Acting Commissioner of Social** | ) | |
| **Security,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| _____ | ) | |

**IT IS ADJUDGED** that defendant's decision is affirmed.

June 5, 2017

_____
ANDREW J. WISTRICH
United States Magistrate Judge